UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON LATRELL THOMAS,

        Plaintiff,

   v.

M. ALI, et al.,

        Defendants.

No. 2:20-cv-0864-EFB P

ORDER

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).  Plaintiff has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

    If plaintiff wishes to proceed, he must submit either the filing fee or the application required by § 1915(a) within 30 days from the date of service of this order.  The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this order may result in the dismissal of this action.

    So ordered.

Dated:  May 4, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE