UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>   Plaintiff,<br><br>   v.<br><br>M. ALI, *et al.*,<br><br>   Defendants. | Case No. 2:20-cv-00864-JDP (PC)<br><br>ORDER DENYING MOTION FOR ISSUANCE OF A SCHEDULING ORDER<br><br>ECF No. 23 |

Plaintiff has filed a motion requesting that the court issue a scheduling order that establishes a deadline for completion of discovery. ECF No. 23. On December 18, 2020, this case was referred to the court's Post-Screening Alternative Dispute Resolution Project ("early ADR"). ECF No. 24. The action was ordered stayed for 120 days to allow the parties to participate in a settlement conference, which is currently set before Magistrate Judge Dennis M. Cota on March 23, 2021. *Id*. The December 18 order also advised the parties that if the case does not settle, the court will issue a discovery and scheduling order. *Id*. at 2 n.3.

In light of the order referring this action to early ADR and staying the case, ECF No. 24, plaintiff's motion for issuance of a scheduling order, ECF No. 23, is denied. Should the case not settle, the court will issue a discovery and scheduling order.

IT IS SO ORDERED.

1
2      Dated:    December 22, 2020
3                                                                  JEREMY D. PETERSON
                                                                   UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28