UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>M. ALI, et al.,<br><br>    Defendants. | No. 2:20-cv-00864-TLN-JDP<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 12, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 12, 2023 (ECF No. 99) are ADOPTED IN FULL; and
2. Plaintiff's motion for summary judgment (ECF No. 66) and motion for judgment on the pleadings (ECF No. 86) are DENIED.
3. This matter is referred back to the assigned magistrate judge for further proceedings.

Date: August 8, 2023

_____
Troy L. Nunley
United States District Judge