UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. ALI, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00864-TLN-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR THE COURT TO AUTHORIZE A SUBPOENA AND DIRECTING THE CLERK OF COURT TO SEND PLAINTIFF TWO SIGNED, BUT OTHERWISE BLANK SUBPOENA FORMS<br><br>ECF No. 96 |

On June 9, 2023, I granted plaintiff's motion for two subpoenas: one for "video footage, audio recordings, photographs, letters, or any other documentation related to two complaints plaintiff filed against CHCF with the California Department of Public Health," and one for video footage from the time of the incidents alleged in the complaint—from "November 4, 2019, December 13, 2019, and January 20, 2020." ECF No. 93 at 3. In response, plaintiff filed a motion seeking to have the court sign a subpoena he submitted. ECF No. 96. However, plaintiff submitted a subpoena for a criminal case. *See id.* at 2. That subpoena is not appropriate; thus, I will direct the Clerk of Court to send plaintiff two signed, but otherwise blank, subpoena forms. Plaintiff is directed to return the completed subpoena forms to the court within thirty days of their receipt.

　　　　Accordingly, it is hereby ORDERED that:

1

1. Plaintiff's motion for issuance of a subpoena, ECF No. 96, is denied without prejudice.

2. The Clerk of Court is directed to provide plaintiff with two signed but otherwise blank subpoena forms with this order.  *See* Fed. R. Civ. P. 45(a)(3).

3. Plaintiff is directed to submit the completed the subpoenas to the court within thirty days of receipt.

IT IS SO ORDERED.

Dated:   November 2, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2