UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. ALI, *et al.*,<br><br>　　　　Defendants. | Case No.  2:20-cv-00864-TLN-JDP (PC)<br><br>ORDER MODIFYING THE SCHEDULING ORDER AND DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL<br><br>ECF Nos. 30 & 103 |

　　　On the court's own motion, the court modifies the April 5, 2021 discovery and scheduling order. ECF No. 30. The deadline for completing discovery, including filing all motions to compel discovery, is extended to March 1, 2024. All requests for discovery shall be served no later than January 26, 2024. The deadline for filing dispositive motions is extended to May 3, 2024.

　　　Additionally, defendants are directed to file a response to plaintiff's motion to compel, ECF No. 103.

　　　Accordingly, it is hereby ORDERED that:

　　　1. The scheduling order, ECF No. 30, is modified as follows:

      a. The deadline for completing discovery, including filing all motions to compel discovery, is extended to March 1, 2024.

      b. All requests for discovery shall be served not later than January 26, 2024

      b. The deadline for filing dispositive motions is extended to May 3, 2024.

  2. Defendants are directed to file a response to plaintiff's motion to compel, ECF No. 103.

IT IS SO ORDERED.

Dated:   November 14, 2023                                       
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE