UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>M. ALI, *et al.*,<br><br>Defendant. | Case No.  2:20-cv-00864-TLN-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTIONS TO COMPEL AND DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S CONTENTIONS REGARDING EDITED VIDEO FOOTAGE<br><br>ECF No. 103 |

      Pending are various motions related to plaintiff's service of a subpoena on the California Department of Corrections and Rehabilitation.  ECF No. 103 at 1-2.  On September 18, 2023, plaintiff moved to compel compliance with that subpoena.  *Id.*  Defendants responded by noting that the CDCR itself, which is not a defendant, is responsible for that compliance.  ECF No. 109.  Nevertheless, defendants stated that they would make arrangements for plaintiff to view the documents targeted by the subpoena—surveillance video from November 4, 2019 and video of two use-of-force interviews in which he participated in November and December 2019.  *Id.* at 2.  Subsequent motions reflect that plaintiff was shown the video evidence, *see* ECF No. 110 at 1, and I will deny the motion to compel as moot.

      Plaintiff's next motion seeks sanctions against defendants and appointment of counsel.  ECF No. 110.  He argues sanctions are appropriate because the videos he was shown were edited

1

in a manner that amounts to "sabotage." *Id.* at 3-5. I cannot discern the nature of the edits from plaintiff's motion or determine whether other, unedited videos exist that would be germane to his subpoena requests. His other pending motions appear related to this issue as well. Accordingly, before ruling on these motions, I will direct defendants to respond to plaintiff's claims about the edited footage within ten days of this order's entry.

Accordingly, it is ORDERED that:

1. Plaintiff's motion to compel, ECF No. 103, is DENIED as moot.
2. Within ten days of this order's entry, defendants shall respond to plaintiff's contentions that the videos he was shown were edited. That response shall, if the information is known to defendants, describe the nature and purpose of the edits and state whether other versions of the pertinent videos exist.

IT IS SO ORDERED.

Dated:    March 7, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2