IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON LATRELL THOMAS,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**M. ALI, et al.,**<br><br>                              Defendants. | Case No.  2:20-cv-00864-TLN-JDP (PC)<br><br>[PROPOSED] ORDER |

The Court, having considered Defendants' motion for administrative relief to extend the deadline for filing an opposition to Plaintiff's motion for summary judgment, and good cause having been shown:

**IT IS ORDERED:** Defendants' motion is granted. The deadline for Defendants to file their opposition to Plaintiff's motion for summary judgment is April 3, 2024.

IT IS SO ORDERED.

Dated:   March 20, 2024                           _____
                                                                  JEREMY D. PETERSON
                                                                  UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:20-cv-00864 JDP (PC))