UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS,<br><br>            Plaintiff,<br><br>      v.<br><br>M. ALI, *et al.*,<br><br>            Defendants. | Case No.  2:20-cv-00864-TLN-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION TO DEEM REQUESTS ADMITTED AS MOOT<br><br>ECF No. 117 |

Plaintiff has filed a motion seeking to have requests for admissions that he served on defendants deemed admitted because defendants did not respond within thirty days. ECF No. 117. I directed defendants to file a response. Defendants filed an opposition stating that they believed the discovery responses were due forty-five days following service, "as is often the case in Eastern District prisoner litigation, rather than the 30 days provided for under the Federal Rules of Civil Procedure." ECF No. 130 at 2. Defendants, however, identify no authority in support of their claim that a forty-five-day response time is authorized for prisoner cases in this district.

Since plaintiff's request for admissions were automatically deemed admitted pursuant to Federal Rule of Civil Procedure 36(a) after defendants failed to respond within thirty days, his motion is denied as moot. Should defendants wish to withdraw those admissions, they may file a motion to withdraw or amend their responses within thirty days of this order. I recognize that, in their opposition, they have requested that, if the admissions be deemed admitted, they be

1

withdrawn.  ECF No. 130 at 1- 4.  A request raised for the first time in their opposition, however, is not sufficient.  Defendants should file a separate motion, to which plaintiff may file an opposition.

Accordingly, it is ORDERED that plaintiff's motion to deem admissions admitted, ECF No. 117, is denied as moot.  Defendants may file a motion to withdraw or amended their admissions within thirty days of this order.

IT IS SO ORDERED.

Dated: ___July 24, 2024___   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2